# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2021**

SEAN F. McAVOY, CLERK

SHARI R.,

*Plaintiff*

v.

ANDREW SAUL, Commissioner of Social Security,

*Defendant*

Civil Action No. 2:20-CV-00176-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 17, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED. JUDGMENT is in favor of the DEFENDANT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on cross-motions for summary judgment.

Date: April 13, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*

Courtney Piazza